UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT O'NEIL                              :
                          Plaintiff         :
            -against-                       :    20 Civ. 118 (LGS)
                                            :
ALI G. INC.                                 :    ORDER
                          Defendant.        :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is scheduled for March 5, 2020 (Dkt. No. 5);

WHEREAS, the parties filed a joint letter and proposed Case Management Plan in anticipation of the initial pretrial conference and no significant issues were raised in either (Dkt No 9).

**ORDERED** that the March 5, 2020, initial pretrial conference is **cancelled**. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. The parties should be aware that the Court does not extend the deadlines for fact discovery absent compelling circumstances.

Dated: March 2, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE